O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6471 AHM (FFMx) | Date | April 28, 2010 |
|---|---|---|---|
| Title | DECKERS OUTDOOR CORP., *et al.* v. DAN STELZER, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

　　　Defendant Ron Sagi timely filed his answer in compliance with the Court's April 12, 2010 Order. Due to a clerical error, Mr. Sagi's answer was not filed or docketed. It was, however, accompanied by a proof of service indicating that it was served on Plaintiffs' counsel on April 14, 2010.

　　　Accordingly, the Court directs the Clerk of the Court to process and file Mr. Sagi's answer as of April 14, 2010, and SETS ASIDE the default entered by the Clerk on April 27, 2010.[1]

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 35.