O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6471 AHM (FFMx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | DECKERS OUTDOOR CORP., *et al.* v. DAN STELZER, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

　　　　Defendant Ron Sagi failed to appear at the joint scheduling conference, held on June 14, 2010, in violation of the Court's Order Setting Rule 16(b) Scheduling Conference, dated April 30, 2010.  Defendant also violated the Court's Order by failing to participate in the drafting of the Joint Report.  *See also* L.R. 83-2.10.3  (person appearing *pro se* must comply with Local Rules).  Pursuant to Local Rule 83-7(a), Mr. Sagi is hereby ORDERED TO SHOW CAUSE in writing by not later than June 24, 2010 why he should not pay sanctions, in the amount of $100.00, for these violations.  Mr. Sagi is further ordered to communicate with counsel for Plaintiff concerning the matters addressed in the Court's Case Management and Scheduling Order, issued today.

　　　　Mr. Sagi is also hereby notified that his failure to respond could result in steps being taken to lead to a default judgment being entered against him.  *See, e.g.*, L.R. 83-2.10.4 ("Failure to comply with the rules enumerated in L.R. 83-2.10.3 may be ground for dismissal or judgment by default.")

|  | : |
|---|---|
| Initials of Preparer | se |