O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6471 AHM (FFMx) | Date | June 29, 2010 |
|---|---|---|---|
| Title | DECKERS OUTDOOR CORP., *et al.* v. DAN STELZER, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

On June 14, 2010, the Court issued an Order to Show Cause why Defendant Ron Sagi should not be sanctioned in the amount of $100.00 for his failure to appear at the joint scheduling conference held that day.  Mr. Sagi failed to file any response to the Court's Order.  The Court thus ORDERS Mr. Sagi to pay $100.00 to the Clerk of Court, by not later than July 9, 2010.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: **FISCAL**